UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2022 JUL 13 P 2: 36
CLERK Casbell
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of a Firearm and |
| RYAN NICKOLUS SMILEY, | ) | Ammunition by a |
| a/k/a "NICK SMILEY" | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

CR422-102

COUNT ONE
*Possession of a Firearm and Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

Beginning at a time unknown, but between on or about December 1, 2020, and March 10, 2021, in Bryan County, within the Southern District of Georgia, the defendant,

RYAN NICKOLUS SMILEY,
a/k/a "NICK SMILEY,"

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Walther 9mm caliber semi-automatic pistol, and ammunition, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Firearm and Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(3)

Beginning at a time unknown, but between on or about December 1, 2020, and March 10, 2021, in Bryan County, within the Southern District of Georgia, the defendant,

**RYAN NICKOLUS SMILEY,**
a/k/a "NICK SMILEY,"

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting commerce, a firearm, that is, a Walther 9mm caliber semi-automatic pistol, and ammunition, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## **FORFEITURE ALLEGATIONS**

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of either count of this Indictment, the Defendant, **RYAN NICKOLUS SMILEY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to a Walther P38 9mm caliber semi-automatic pistol (serial number-138639) and a quantity of ammunition.

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
*Lead Counsel

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

4